UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, | No. 2:19-cv-1680 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 25, 2019, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 14. Plaintiff has filed objections to the findings and recommendations. ECF No. 16.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued November 25, 2019 (ECF No. 14) are ADOPTED in full;

2. Plaintiff's motion for a preliminary injunction included in his complaint (see ECF 1 at 4-9, 11) is DENIED;

3. Plaintiff's motion for a preliminary injunction, filed September 9, 2019 (ECF No. 6), is DENIED, and

4. Plaintiff's motion to be placed in a witness protection program, filed November 7, 2019 (ECF No. 12), is DENIED.

DATED: December 18, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE