UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, | No. 2:19-cv-1680 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On April 1, 2021, plaintiff filed a request for reconsideration of the magistrate judge's screening order issued March 23, 2021, which: (1) identified plaintiff's cognizable claims; (2) directed plaintiff to inform the court within fourteen days as to how he would like to proceed with this action, and (3) gave plaintiff thirty days within which to file a second amended complaint should he opt to amend. See ECF No. 30.

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge issued March 23, 2021 (ECF No. 30) is AFFIRMED;

////

1

2. Within seven days of the date of this order, plaintiff shall return the completed Plaintiff's Notice on How to Proceed form sent to him with the court's screening order. See ECF No. 30 at 17, and

3. Should plaintiff opt to file a second amended complaint, he shall have twenty-one days from the date of this order to do so.

Plaintiff is warned that absent exigent circumstances, no extensions of time to file an amended complaint will be granted.

DATED: April 12, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE