UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1680 DAD AC P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the court's findings and recommendations order issued November 4, 2022. ECF No. 55. In support of the motion, he states that he is currently being denied access to all his property, including his legal papers. Id. He anticipates that it will take an additional two weeks for him to receive his property. Id. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 55) is GRANTED, and

2. Within thirty days from the date of this order, plaintiff shall file objections to the court's findings and recommendations order issued November 4, 2022.

DATED: November 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1