UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | No. 2:19-cv-1680 DAD AC P<br><br><br><br>ORDER |

On January 6, 2023, the court issued an order granting plaintiff an extension of time to file a response to the outstanding findings and recommendations. ECF No. 61. The court wishes to clarify that plaintiff has been granted thirty days from the date of that order – February 6, 2023 – to file objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file his objections to the outstanding findings and recommendations (see ECF No. 54) no later than February 6, 2023:

**Because this is plaintiff's second extension of time request to file a response to the findings and recommendations (see ECF Nos. 55, 57), plaintiff is informed that no more extensions of time will be granted.**

DATED: January 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE