UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No.  2:19-cv-1680 DJC AC P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 27, 2023, the court determined that service of the complaint was appropriate on defendants Navarro, Medina, Ceballos, Vera, Barra, Mancilla, Gomez, and Reyes.  ECF No. 73.  Accordingly, the second amended complaint was ordered served.  Id.

    On June 7, 2023, in response to the service order, the California Department of Corrections and Rehabilitation returned two waiver of service notices.  ECF Nos 77, 78.  The notices, filed under seal, indicate that defendants Medina and Gomez, both of whom were employed at Corcoran State Prison during the relevant period, are unable to be identified.  See id.

////

////

      Given these facts, plaintiff will be ordered to provide the correct identifying information – here, the correct name and position of these two defendants – and to do so within thirty days.

      Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall provide the correct identifying information for the individuals currently identified as "Medina" and "Gomez" in the second amended complaint.

      Plaintiff is cautioned that failure to comply with the court's order within the time allotted may result in a recommendation that defendants "Medina" and "Gomez" be dismissed from this action.

DATED: June 20, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE