UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN HILL,

    Plaintiff,

v.

GAVIN NEWSOM, et al.,

    Defendants.

No. 2:19-cv-01680 DJC AC P

<u>ORDER</u>

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 31, 2023, defendants filed a motion to dismiss. ECF No. 86. To date, plaintiff has not filed a response to the motion. Plaintiff has, however, since filed a request for clarification asking why Captain Gallagher is not named as a defendant. ECF No. 87.

    Plaintiff will be ordered to show cause why defendants' motion to dismiss should not be granted. In addition, the court will respond to plaintiff's request for clarification regarding the status of Captain Gallagher.

I.    <u>MOTION FOR CLARIFICATION</u>

    In response to plaintiff's inquiry, he is informed that Captain Gallagher was dismissed from this action after the court screened the second amended complaint. On screening the

undersigned determined that plaintiff had presented no actionable claims against defendant Gallagher, and recommended that he be dismissed. ECF No. 54 at 11. Plaintiff was provided with an opportunity to object to this recommendation, and he was given significant extensions of time to do so.[1] Plaintiff never filed objections. The district judge adopted the recommendation and dismissed defendant Gallagher from the action on April 18, 2023. ECF No. 72. This is why Captain Gallagher is not a party to the case.

## II.  ORDER TO SHOW CAUSE

Local Rule 230(l) requires parties to file responses to motions within twenty-one days of the date of service. L.R. 230(l). Thereafter, the moving party has seven days to file a reply. Id. If the responding party does not file either an opposition or a statement of non-opposition within the twenty-one-day period, the court may deem the failure to do so a waiver of any opposition to the granting of the motion. Id.

Defendants' motion to dismiss was filed on July 31, 2023. ECF No. 86. The twenty-one-day period for plaintiff to respond to defendants' motion to dismiss has passed, as has the reply period. Accordingly, the court should deem the matter submitted and rule on the motion without having heard from plaintiff. L.R. 230(l). In the interests of justice, however, plaintiff will first be directed to show cause why the court should not grant defendants' motion to dismiss. In the alternative, plaintiff may file a response to defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute, and

///
///
///
///
///

---

[1] See ECF Nos. 55-56, 57, 61-62 (plaintiff's extension requests to file objections; court's grants of same).

2. The filing within the twenty-one-day period of either an opposition or a statement of non-opposition to defendants' motion to dismiss (ECF No. 86) will discharge this order to show cause.

DATED: September 11, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE