UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL,<br><br>  Plaintiff,<br><br> v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | No.  2:19-CV-01680 DJC AC<br><br><br>FINDINGS AND RECOMMENDATIONS |

  By order filed May 1, 2024, this court ordered plaintiff to show cause why he has not provided additional identifying information for defendants Medina and Gomez in order to effect service of process on these defendants.  ECF No. 115 at 2.  This order warned plaintiff that absent good cause for failing to complete service, the court would recommend dismissal without prejudice of defendants Medina and Gomez.  Plaintiff has not responded to the court's order to show cause and the time period to do so has passed.

  Federal Rule of Civil Procedure 4(m) requires that a defendant be served within 90 days after the complaint is filed.  This period may only be extended by the court if plaintiff shows good cause for the failure to timely serve the defendant.  Fed. R. Civ. P. 4(m).  Absent good cause, the court must dismiss the action without prejudice against that defendant.  Id.

  In this case, plaintiff did not respond to the court's order and has not provided any reason why the time period for affecting service of process on defendants Medina and Gomez should be

extended.  See Habib v. GMC, 15 F.3d 72, 73 (6th Cir. 1994) (emphasizing that plaintiff has the burden of demonstrating good cause for the failure to properly effect service within the time provided by Rule 4(m)).  In light of this record, the undersigned recommends dismissing defendants Medina and Gomez from this action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

    IT IS HEREBY RECOMMENDED that defendants Medina and Gomez be dismissed without prejudice based on plaintiff's failure to effect timely service of process.

    These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 12, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE