UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, | No. 2:19-cv-01680 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2024 and August 13, 2024 the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Based on Plaintiff's change of address, the August 13, 2024 findings and recommendations were re-served on Plaintiff's new address on September 3, 2024.  Defendants filed objections to the findings and recommendations issued on May 1, 2024.  Neither party filed objections to the August 13, 2024 findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF Nos. 115, 120) are adopted in full.
2. Defendants' motion to dismiss (ECF No. 86) is granted in part and denied in part.
3. The claims for monetary damages against defendants in their official capacity are dismissed with prejudice.
4. Plaintiff's motions for summary judgment (ECF Nos. 111, 112) are denied without prejudice as prematurely filed.
5. Plaintiff's motion to include Captain Gallagher as a defendant (ECF No. 114) is denied.
6. Defendants Medina and Gomez are dismissed without prejudice based on plaintiff's failure to effect timely service of process.
7. The Clerk of Court shall update the docket to terminate defendants Medina and Gomez from this action.
8. This case be referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **September 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE