UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, | No. 2:19-cv-01680 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On September 30, 2024 the district judge assigned to this matter adopted the Findings and Recommendations issued on May 1st, 2024, which granted in part and denied in part defendants' motion to dismiss. The matter was referred back to the undersigned for all further pretrial proceedings. ECF No. 122.

Accordingly, IT IS HEREBY ORDERED that defendants Navarro, Reyes, Ceballos, Vera, Mancilla, and Parra file an answer to plaintiff's second amended complaint within 21 days from the date of this order.

DATED: October 3, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE