IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN HILL,<br><br>                              Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, ET AL.,<br><br>                              Defendants. | 2:19-cv-01680-DJC-AC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>Judge:            The Hon. Allison Claire<br>Trial Date:     Not Set<br>Action Filed:  September 14, 2022 |

Defendants moved to modify the Discovery and Scheduling Order (ECF Nos. 125), to extend the discovery deadline by six days. Good cause appearing, the Court **GRANTS** Defendants' motion. The deadline to complete fact discovery is extended to, and includes, **February 13, 2025**. **IT IS SO ORDERED.**

Dated:  January 27, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1