UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN HILL,

    Plaintiff,

v.

GAVIN NEWSOM, et al.,

    Defendants.

No. 2:19-cv-1680 DJC AC P

ORDER

Plaintiff is a state inmate proceeding without a lawyer in a civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2025, the court received plaintiff's request for a settlement conference. ECF No. 134. A response from defendants, as to whether they believe a settlement conference would be meaningful and worthwhile at this time, would be helpful. See L.R. 270(a).

Accordingly, IT IS HEREBY ORDERED that defendants file a response to plaintiff's request for a settlement conference within 14 days. A response should include whether the litigation is unusual or complex and if there is a need to provide for additional time or special arrangements to ensure that the settlement conference will be meaningful.

DATED: February 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE